STATE OF HAWAII *v.* CLARENCE N. S. SHAK.

No. 4882.

April 3, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE M. DOI IN PLACE OF KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Clarence Shak,* defendant-appellant in person, for the petition.